JUDGE SEIBEL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
KATHY EMSLIE,

                        Plaintiff,

   -against-

ITW FOOD EQUIPMENT GROUP, LLC,
et al.

                       Defendants.
-------------------------------------------------------------- X

09 CIV 7922

CASE NO. _____

RULE 7.1 STATEMENT OF
DEFENDANT ITW FOOD EQUIPMENT
GROUP LLC

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for ITW Food Equipment Group LLC, for itself and as successor-in-interest to Berkel Company, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: Illinois Tool Works, Inc.

DATED: 9/15/09

Respectfully submitted,

Carl J. Schaerf
Schnader, Harrison, Segal & Lewis LLP
140 Broadway, Suite 3100
New York, New York 10005
(212) 973-8005
(212) 972-8798 (Facsimile)
CSchaerf@Schnader.com

*Attorney for Defendant ITW Food Equipment Group LLC*